**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6239**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

     v.

TONY BERNARD ALEXANDER, a/k/a Sealed Dft #1,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:95-cr-00178-MOC-1)

_____

Submitted:  May 26, 2016          Decided:  June 1, 2016

_____

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Tony B. Alexander, Appellant Pro Se.  Steven R. Kaufman, Assistant United States Attorney, Charlotte, North Carolina; Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Bernard Alexander appeals from the district court's orders denying his motion for early termination of his supervised release and denying his motion for reconsideration. We have reviewed the record and find no abuse of discretion and no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Alexander, No. 3:95-cr-00178-MOC-1 (W.D.N.C. Jan. 6, 2016 & Jan. 27, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED